IN THE SUPREME COURT OF TEXAS

 No. 04-0850

 IN RE ROMAN CATHOLIC DIOCESE OF AUSTIN, TEXAS AND GREGORY AYMOND, BISHOP
 OF THE DIOCESE OF AUSTIN, TEXAS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed
September 24, 2004, is granted. The following trial court orders in Cause
No. GN304799, styled Mark Hill v. Roman Catholic Church Diosese of Austin,
Texas, His Excellency, Gregory Aymond, Ordinary, Bishop and Trustee of the
Diocese of Austin, Texas and Rev. Fr. James O'Connor, in the 53rd District
Court of Travis County, Texas, dated September 1, 2004, are stayed pending
further order of this Court:
 a) Order on Plaintiff's Motion to Compel Production of Documents from the
 Roman Catholic Diocese of Austin and Bishop Gregory Aymond Responsive
 to Plaintiff's First Request for Production;
 b) Order on Plaintiff's Motion to Compel Second Request for Production of
 Documents to the Roman Catholic Diocese of Austin, Texas; and
 c) the portion of the trial court's Order on Plaintiff's Motion to Compel
 Production the Depositions of Defendant Fr. O'Connor and his
 Excellency, Gregory Aymond, Ordinary/Bishop of the Dioceses of Austin,
 Texas relating to the deposition of Bishop Gregory Aymond.
 In addition, the portion of the Third Court of Appeals' opinion in Cause
 No. 03-04-00541-CV, styled In re Roman Catholic Diocese of Austin, Texas
 and Gregory Aymond, Bishop of the Diocese of Austin, Texas, requiring
 production of certain documents by 5:00 p.m., September 27, 2004 is
 stayed pending further order of this Court.

 2. The real party in interest is requested to file a response to
relators' petition for writ of mandamus on or before 3:00 p.m., October 7,
2004.

 Done at the City of Austin, this September 27, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas
 By Claudia Jenks, Chief Deputy Clerk